[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 22, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14426
Non-Argument Calendar

_____

D. C. Docket No.  07-00054-CR-ORL-28-UAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICKY DOUGLAS HAYNES, JR.,

Defendant-Appellant.

_____

6:07-CR-00073-JA-KRS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICKY DOUGLAS HAYNES, JR.,
a.k.a. Ricky D. Haynes,
a.k.a. Lil Rick,
a.k.a. Ricky Douglas Haynes,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

**(October 22, 2008)**

Before ANDERSON, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Randee J. Golder, appointed counsel for Ricky Douglas Haynes, Jr., in this direct criminal appeal, has renewed her motion to withdraw from further representation of the appellant, pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Haynes has filed a motion to discharge counsel and to appoint new counsel. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Haynes's conviction and sentence are **AFFIRMED**, and Haynes's motion is **DENIED** as moot.